COURT
OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO.
2-03-136-CV
 
IN RE SHANNON NICHOLSON   
       
       
       
       
       
       
       
 RELATOR
 
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM
OPINION(1)
------------
The court has considered relator's
petition for writ of mandamus and is of the opinion that relief should be
denied. Accordingly, relator's petition for writ of mandamus is denied.
 
                                                                       
PER CURIAM
 
PANEL A: GARDNER, J.; CAYCE, C.J.; and
HOLMAN, J.
 
DELIVERED: May 20, 2003

1. See Tex. R. App. P. 47.1.